Jennifer A. Beardsley
AK Bar No. 0305023
Alaska Legal Services Corporation
1016 West 6th Avenue, Suite 200
Anchorage, AK  99501
Phone: 907-222-4524
Email: jbeardsley@alsc-law.org

Attorneys for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| KENNETH H. MILLER and NEENA M. MILLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LOANCARE, LLC and LAKEVIEW LOAN SERVICING, LLC, | ) ) | |
| Defendants. | ) ) ) | Case No.:3:19-cv-00274-TMB |

## PLAINTIFFS' MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS

COMES NOW plaintiffs Kenneth H. and Neena M. Miller, by and through counsel,

Alaska Legal Services Corporation, and hereby request that this Court stay briefing on

Loancare, LLC ("Loancare") and Lakeview Loan Servicing, LLC's ("Lakeview") Motion

to Dismiss until it first rules on plaintiffs' Motion to Remand.

The relevant facts are few.

Plaintiffs' Motion to Stay Briefing on Defendants' Motion to Dimiss
*Miller et al v. Loancare, LLC et al,* Case No. 3:19-cv-00274-TMB
Page 1 of 3

On October 17, 2019, Loancare and Lakeview removed this case from state court to federal court.

Because this court lacks jurisdiction over this case, plaintiffs filed a Motion for Remand on November 12, 2019.

On October 24, 2019, Loancare and Lakeview filed a Motion to Dismiss.

Loancare and Lakeview have yet to respond to the Motion for Remand. And, this Court has yet to rule on that motion. Thus, it remains an open question whether this Court has any jurisdiction over this case. Briefing the merits of the defendants' Motion to Dismiss, before allowing this Court sufficient time to decide whether it has jurisdiction over this case, would potentially be a waste of attorney time and scare judicial resources.

Therefore, plaintiffs respectfully request that this Court stay all briefing on the defendants' Motion to Dismiss, until this Court first makes a decision on plaintiffs' Motion for Remand.

DATED November 13, 2019

ALASKA LEGAL SERVICES CORPORATION
Attorneys for the Plaintiffs


*/s/Jennifer A. Beardsley*
Jennifer A. Beardsley
AK Bar No 0305023

Plaintiffs' Motion to Stay Briefing on Defendants' Motion to Dimiss
*Miller et al v. Loancare, LLC et al,* Case No. 3:19-cv-00274-TMB
Page 2 of 3

**Certificate of Service**

I hereby certify that on November 13, 2019 the foregoing document was served electronically via cm/ECF upon the following persons:

Michael W. Seville


By: */s/Jennifer A. Beardsley*

Plaintiffs' Motion to Stay Briefing on Defendants' Motion to Dimiss
*Miller et al v. Loancare, LLC et al,* Case No. 3:19-cv-00274-TMB
Page 3 of 3

Case 3:19-cv-00274-TMB   Document 13   Filed 11/13/19   Page 3 of 3